# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGIO A. MEDINA,

    Plaintiff,

v.

QUALITY LOAN SERVICE CORPORATION, *et al.*,

    Defendants.

Case No. 2:12-CV-00428-KJD-PAL

**ORDER**

    Presently before the Court is Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Vacate Default (#36). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. Therefore, good cause being found and in accordance with Local Rule 7-2(d), the Court grants Defendant's motion to vacated default.

    Accordingly, IT IS HEREBY ORDERED that Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Vacate Default (#36) is **GRANTED**;

    IT IS FURTHER ORDERED that the Clerk of the Court **VACATE** the Clerk's Entry of Default (#29);

    IT FURTHER ORDERED that Defendant file a responsive pleading within ten (10) days of the entry of this order.

    DATED this 27th day of June 2012.

_____
Kent J. Dawson
United States District Judge