# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SERGIO A. MEDINA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00428-KJD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| QUALITY LOAN SERVICE, et al., | ) | (Mtn to Withdraw - Dkt. #41) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw (Dkt. #41) as Counsel of Record filed August 15, 2012. John Peter Lee seeks to withdraw as counsel of record for Plaintiff Sergio Medina. The Motion represents that Plaintiff has failed to pay counsel for legal services rendered and has instructed the counsel to take no further action in this matter. Counsel represents there are other issues necessitating withdrawal that he has not disclosed in order to protect attorney-client privileged information. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court March 14, 2012. A Motion to Dismiss (Dkt. #7) and a Motion to Remand (Dkt. #14) are pending before the district judge.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #41) is GRANTED.
2. Plaintiff shall have until **September 17, 2012,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding pro se.

/ / /

3. Failure to comply with this order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Sergio Medina
198 Kachina Dr.
Las Vegas, NV 89074

Dated this 16th day of August, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE