1  Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
   Christopher M. Hunter, Esq., Nevada SBN 8127
2  McCarthy & Holthus, LLP
   811 South Sixth Street
3  Las Vegas, NV 89101
   Phone (702) 685-0329
4  Fax (866) 339-5691
   KHintz@mccarthyholthus.com
5
   Attorney for Defendants, Quality Loan Service
6  Corporation, Nationstar Mortgage, LLC and Mortgage
   Electronic Registration Systems, Inc.
7
                    **UNITED STATES DISTRICT COURT**
8
                        **DISTRICT OF NEVADA**
9

10  SERGIO A. MEDINA,                    ) CASE NO. 2:12-cv-00428-KJD-PAL
                                         )
11                 Plaintiff,            )
                                         )
12  v.                                   )
                                         )
13  QUALITY LOAN SERVICE                 )         **ORDER GRANTING**
    CORPORATION; NORTHSTAR               ) **MOTION TO EXPUNGE LIS PENDENS**
14  MORTGAGE, LLC; MORTGAGE              )
    ELECTRONIC REGISTRATION SYSTEMS, )
15  INC.; NATIONWIDE TITLE CLEARING,     )
    INC.; DOES 1 through 10, ROES 1 through )
16  10,                                  )
                                         )
17                 Defendants.           )
                                         )
18                                       )

19        Defendants, Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc., by and

20  through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a

21  Motion to Expunge Lis Pendens on October 26, 2012 (Docket No. 46).

22        The Court having considered the moving papers, its own files, and good cause appearing,

23  rules as follows:

24        1.  On October 25, 2012, the Court entered an Order granting Defendants' Motion to

25  Dismiss (Docket No. 44).  Accordingly, Defendants' Motion to Expunge Lis Pendens is proper

26  appropriate for consideration by the Court.

27        IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Expunge Lis

28  Pendens is GRANTED and the lis pendens affecting the property located at 198 Kachina Dr.,

                                    - 1

1  Henderson, Nevada 89074 (APN 178-16-111-015) and recorded by Plaintiff on March 9, 2012 in

2  the public records of Clark County, Nevada as document number 201203090000678 is hereby

3  expunged and declared to have no further force and effect.

4

5          IT IS SO ORDERED this 30th day of ___October___, 2012.

6

7

8  _____

9          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28