Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendants, Quality Loan Service Corporation, Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO A. MEDINA,<br><br>                Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION; NORTHSTAR MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONWIDE TITLE CLEARING, INC.; DOES 1 through 10, ROES 1 through 10,<br><br>                Defendants. | CASE NO. 2:12-cv-00428-KJD-PAL<br><br>**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |

      Defendants, Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc., by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Expunge Lis Pendens on October 26, 2012 (Docket No. 46).

      The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

      1.  On October 25, 2012, the Court entered an Order granting Defendants' Motion to Dismiss (Docket No. 44).  Accordingly, Defendants' Motion to Expunge Lis Pendens is proper appropriate for consideration by the Court.

      IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Expunge Lis Pendens is GRANTED and the lis pendens affecting the property located at 198 Kachina Dr.,

1   Henderson, Nevada 89074 (APN 178-16-111-015) and recorded by Plaintiff on March 9, 2012 in
2   the public records of Clark County, Nevada as document number 201203090000678 is hereby
3   expunged and declared to have no further force and effect.

     IT IS SO ORDERED this  30th  day of  October , 2012.

                                        _____
                                        UNITED STATES DISTRICT JUDGE